1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5036
7      Facsimile: (408) 535-5066
       E-Mail: daniel.kaleba@usdoj.gov
8
   Attorneys for the United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 09-01116 JF
                                       )
14          Plaintiff,                 )
                                       )   STIPULATION AND [PROPOSED]
15      v.                             )   ORDER TO EXCLUDE TIME AND
                                       )   DEFER PROSECUTION
16  JANESHWAR PRAKASH,                 )
                                       )
17          Defendant.                 )
                                       )
18

19      The parties hereby request that the Court exclude time under the Speedy Trial Act in the

20  above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from January 14, 2010 to January 12,

21  2011, for deferral of prosecution. The defendant was recently accepted into a pretrial diversion

22  program for a twelve-month period.

23  //
24  //
25  //
26  //
27  //
28  //

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
No. CR 09-01116 JF

1    Accordingly, the parties request that the Court exclude time under the Speedy Trial Act in
2 order for the defendant to demonstrate good conduct while his case is deferred.

4 SO STIPULATED.

5                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney

7 DATED: 1/22/10                             _____/s/_____
                                             DANIEL R. KALEBA
8                                            Assistant United States Attorney

10 DATED: 1/25/10                            _____/s/_____
                                             CHRISTOPHER LAVORATO
11                                           Counsel for Mr. Prakash

13                                    ORDER

14   Based on the stipulation of the parties and for good cause shown, IT IS HEREBY
15 ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2)
16 from January 14, 2010 to January 12, 2011 for deferral of prosecution by the Government for the
17 purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial
18 diversion program.

20 DATED: __2/11/10_____         _____
                                     JEREMY FOGEL
21                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
No. CR 09-01116 JF