1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief

4  DANIEL R. KALEBA  (CABN 223789)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, CA 95113
     Telephone: (408) 535-5061
7    Fax:  (408) 535-5066
     E-Mail: daniel.kaleba@usdoj.gov
8
   Attorneys for Plaintiff
9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,          )      No.  CR 09-01116 JF
                                       )
13        Plaintiff,                   )
                                       )      MOTION FOR DISMISSAL AND
14    v.                               )      [PROPOSED] ORDER
                                       )
15  JANESHWAR PRAKASH,                 )
                                       )
16        Defendant.                   )
                                       )
17  _____   )

18        On or about January 12, 2010, Mr. Prakash was accepted into a twelve-month Pretrial

19  Diversion program.  The terms of his program included participation in mental health counseling,

20  and completion of community service as directed by the Pretrial Services Officer.  On January

21  12, 2011, Pretrial Services Officer Jaime Carranza reported to counsel for the government that

22  Mr. Prakash successfully completed the terms of his Diversion program.  With leave of the

23  Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney

24  hereby moves to dismiss the above captioned information without prejudice.

25  DATED:        January 24, 2011            Respectfully submitted,

26                                           MELINDA HAAG
                                             United States Attorney
27
                                                    /s/
28                                           _____
                                             DANIEL R. KALEBA
                                             Assistant United States Attorney

1

2

3

4

5

6

7

8

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

13   UNITED STATES OF AMERICA,        )       No.  CR 09-01116 JF
                                      )
14           Plaintiff,               )
                                      )       ORDER
15     v.                             )
                                      )
16   JANESHWAR PRAKASH,               )
                                      )
17           Defendant.               )
                                      )
18   _____)

19

20          In light of the government's motion, and for the reasons stated therein, the information

21   filed under CR 09-01116 JF as to defendant JANESHWAR PRAKASH is hereby ordered

22   dismissed without prejudice.

23          IT IS SO ORDERED.

24

25   Date: January 27, 2011

                                          _____
26                                        JEREMY FOGEL
                                          United States District Judge
27

28

2