1  SAM LAVORATO, SR. (SBN 37191)
   LAVORATO, HOUSE, CHILTON & LAVORATO
2  A Professional Corporation
   P. O. Box 2112
3  310 Capitol St.
   Salinas, Ca 93901
4  Telephone: 831 758 2786
   Facsimile : 831 758 0566
5
   Attorneys for Defendant
6

7  UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
8
9  The United States of America,        )   Case No.: CR-09-01116 JF
                                         )
10              Plaintiff,               )
                                         )   **STIPULATION AND ORDER**
11 vs.                                   )
                                         )
12 JANESHWAR PRAKASH,                    )
                                         )
13              Defendant.               )
                                         )
14 _____)

15     WHEREAS the Defendant, Janeshwar Prakash entered into a diversion program
16 on January 12, 2011, pursuant to the initial complaint filed with this Honorable Court on
17 October 15, 2009.
18     WHEREAS the Defendant successfully completed his diversion program and the
19 charge/s dismissed pursuant to the United States Attorney's motion granted by the court
20 on January 27, 2011.
21     The parties now stipulate as follows:
22     1.   Defendant's passport, now in possession of the United States District Court,
23          Northern District of California clerk's office, will be returned to the
24          Defendant, Janeshwar Prakash, forthwith.
25 ///
26 ///

Law Offices
Lavorato, House,
Chilton & Lavorato
310 Capitol Street
PO Box 2112
Salinas CA 93901
(831) 758-2786
Fax: (831) 758-0566

The United States of America vs. Janeshwar Prakash
United States District Court Case #CR-09-01116JF
Stipulation and Order

1

| | | |
|---|---|---|
| 1 | Dated: April 8, 2011 | LAVORATO, HOUSE, CHILTON & LAVORATO |
| 2 | | |
| 3 | | |
| 4 | | SAM LAVORATO SR<br>Attorneys for Defendant, Janeshwar Prakash |
| 5 | Dated: April 14, 2011 | UNITED STATES ATTORNEY |
| 6 | | |
| 7 | | |
| 8 | | DANIEL R. KALEBA<br>Assistant United States Attorney |
| 9 | | |
| 10 | **IT IS SO ORDERED.** | |
| 11 | | |
| 12 | Dated: 6/8/11 | DISTRICT JUDGE ~~MAGISTRATE~~ FOR THE UNITED STATES |
| 13 | | DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |

Law Offices
Lavorato, House,
Chilton & Lavorato
310 Capitol Street
PO Box 2112
Salinas CA 93901
(831) 758-2786
Fax (831) 758-0566

The United States of America vs. Janeshwar Prakash
United States District Court Case #CR-09-01116JF
Stipulation and Order